```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF MISSOURI
                    EASTERN DIVISION


ALFONZO L. GRIFFIN,               )
                                  )
              Movant,             )
                                  )
         v.                       )    No. 4:09-CV-0046 CDP
                                  )
UNITED STATES OF AMERICA,         )
                                  )
              Respondent.         )
```

### ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that the instant motion to vacate, set aside or correct sentence is **DISMISSED**, without prejudice, for movant's failure to file a show cause response in accordance with this Court's Memorandum and Order dated March 10, 2009 [Doc. #2].

**IT IS FURTHER ORDERED** that petitioner is **DENIED** a certificate of appealability if he appeals this order of dismissal.

Dated this 6th day of May, 2009.


_____
**UNITED STATES DISTRICT JUDGE**